THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HOYER, Appellant, v JAMES CONWAY, as Superintendent of Attica Correctional Facility, Respondent. [817 NYS2d 569]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Wyoming County, Mark H. Dadd, A.J.—Habeas Corpus). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIZ ORTIZ-DIAZ, Also Known as JORGE DIAZ, Appellant. [817 NYS2d 571]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Russell P. Buscaglia, A.J.—Attempted Burglary, 2nd Degree). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHIRLEY STOKES, Appellant. [817 NYS2d 570]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Timothy J. Drury, J.— Criminal Possession Forged Instrument, 2nd Degree). Present— Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.